UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMED WISHAH, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 4:19-cv-03410-SRC |
| | ) | |
| THE CITY OF COUNTRY CLUB HILLS, | ) | |
| MISSOURI, et al., | ) | |
|     Defendants. | ) | |

## SECOND MOTION TO STAY PROCEEDINGS

Comes now Defendant Idriese Tabarly and moves this Court to issue an order staying the proceedings of this civil case until such time as the criminal case against him, *State v. Idriese Tabarly*, 19SL-CR03678, pending in Missouri's 21st Judicial Circuit Court (St. Louis County), is resolved. In support hereof, Defendant submits his Memorandum in Support of Motion to Stay, substantially simultaneously herewith.

/s/Mark H. Zoole
Mark H. Zoole, #38635MO
P.O. Box 190549
St. Louis, MO  63119
(314) 223-0436
zoole@sbcglobal.net
Counsel for Defendant Tabarly

### Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was sent via the court clerk's electronic notification system to all counsel of record, including Jay Kanzler, 2001 S. Big Bend, St. Louis, MO, 63117, on this 22nd day of September, 2020.

/s/Mark H. Zoole