IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MOHAMMAD WISHAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CV-03410 SRC |
| ) | |
| CITY OF COUNTRY CLUB HILLS, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANTS BENDER McKINNEY, DANIEL BOYER, DENNIS EPPS
AND IDRIESE TABARLY'S JOINT NOTICE OF CONSENT</u>**

COME NOW Defendants Bender McKinney, Daniel Boyer, Dennis Epps and Idriese Tabarly, by and through the undersigned counsel, and notify the Court of their Consent to Plaintiff Wishah's Motion for Voluntary Dismissal Without Prejudice [ECF 113].

1

Respectfully submitted,

  /s/ Michelle V. Stallings
William A. Hellmich, #31182MO
Michelle V. Stallings, #57833MO
HELLMICH, HILL & RETTER, LLC
1049 North Clay Avenue
Kirkwood, MO  63122
314-646-1110 – Phone
314-646-1122 – Fax
bill@hellmichhillretter.com
michelle@hellmichhillretter.com

*Attorneys for Defendants City of Country Club Hills, Bender McKinney and Daniel Boyer*

and

/s/Mark H. Zoole
Mark H. Zoole, #38635MO
P.O. Box 190549
St. Louis, MO 63119
(314) 223-0436
zoole@sbcglobal.net

*Attorney for Defendants Dennis Epps and Idriese Tabarly*

CERTICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed via the court's electronic filing system, this 12th day of August, 2021, to all counsel of record.

  /s/ Michelle V. Stallings