THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MOHAMMAD WISHAH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF COUNTRY CLUB HILLS, ) <br> ) <br> and ) <br> ) <br> BENDER MCKINNEY individually and ) <br> in his official capacity as Mayor, DANIEL ) <br> BOYER, individually and in his official ) <br> capacity as Chief of Police, IDRIESE ) <br> TABARLY, individually and in his ) <br> official capacity as a Police Officer, and ) <br> DENNIS EPPS, individually and ) <br> in his official capacity as a Police Officer, ) <br> ) <br> Defendants. ) | Cause No. 4:19-CV-03410 SRC |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Mohammad Wishah, notifies this Court that the matter should be passed for settlement.

**WITZEL, KANZLER & DIMMITT, LLC**

By: /s/ Jay L. Kanzler
Jay L. Kanzler #41298 (Mo)
2001 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-5367
314-645-5387 (fax)
jaykanzler@wkllc.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was filed with the Court using the electronic filing system, and therefore, served upon the parties below, on August 18, 2021:

Michelle Stallings
Hellmich, Hill & Retter, LLC
1049 North Clay Avenue
Kirkwood, Missouri 63122

Mark Zoole
P.O. Box 190549
St. Louis, MO  63119

                                                                          Jay L. Kanzler Jr.