THE UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MISSOURI

| | |
|---|---|
| MOHAMMAD WISHAH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF COUNTRY CLUB HILLS, )<br>)<br>and )<br>) <br>BENDER MCKINNEY individually and )<br>in his official capacity as Mayor, DANIEL )<br>BOYER, individually and in his official )<br>capacity as Chief of Police, IDRIESE )<br>TABARLY, individually and in his )<br>official capacity as a Police Officer, and )<br>DENNIS EPPS, individually and )<br>in his official capacity as a Police Officer, )<br>)<br>    Defendants. ) | Cause No. 4:19-CV-03410 SRC |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, with the consent of all parties, seeks this Court's order permanently sealing certain filings and corresponding docket notice on the grounds of confidentiality.

                                                WITZEL KANZLER & DIMMITT, LLC

                                                By: /s/ Jay L. Kanzler
                                                Jay L. Kanzler #41298 (Mo.)
                                                2001 S. Big Bend Blvd.
                                                St. Louis, MO 63117
                                                314-645-5367
                                                314-645-5387(fax)
                                                jaykanzler@wkllc.com

                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that this pleading was filed with the Court's electronic filing system this 19th day of August 2021, thereby constituting service upon all parties of record.

                                                        /s/ Jay L. Kanzler